UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BUSINESS DEVELOPMENT CORPORATION OF SOUTH CAROLINA,<br>   Plaintiff,<br><br>v.<br><br><br><br>RUTTER & RUSSIN, LLC, et al.<br><br>   Defendant. | Case No. 1:19-cv-2609<br><br>Judge J. Philip Calabrese<br><br>Magistrate Judge Kathleen B. Burke |

# **JUDGMENT**

The Court filed its Order in this matter.  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**  Dated:  July 2, 2021

s/ J. Philip Calabrese<br>
United States District Judge<br>
Northern District of Ohio